UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE STOKES, | No. 2:25-cv-01895-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| HANFORD POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, proceeding without counsel, filed a complaint and a motion to proceed in forma pauperis on July 7, 2025. (ECF Nos. 1, 2.) This matter is before the undersigned pursuant to Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1).

It appears the alleged violations at issue in the complaint took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

3 | 2. This action is transferred to the United States District Court for the Eastern District of
4 | California sitting in Fresno; and

5 | 3. All future filings shall reference the new Fresno case number assigned and shall be
6 | filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: July 10, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD.Stokes1895.ven

2