**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLIE STOKES, | Case No. 1:25-cv-00836 JLT SKO |
| Plaintiff, | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE |
| v. | |
| HANFORD POLICE DEPARTMENT, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff Billie Stokes is proceeding pro se and *in forma pauperis* in this action. (Docs. 1, 4.) Plaintiff filed his complaint on July 7, 2025. On July 16, 2025, the assigned magistrate judge issued an order finding that Plaintiff's complaint failed to state any cognizable claims and granting leave for Plaintiff to file an amended complaint, or otherwise state that he stands on his complaint, within 30 days. (Doc. 5.) To date, Plaintiff has not filed an amended complaint, a statement indicating he stands on his complaint, or requested an extension of time in which to do so.

On August 20, 2025, the Court issued an order for Plaintiff to show cause ("OSC") within 21 days why the action should not be dismissed for his failure to comply with the Court's screening order and for failure to prosecute this case. (Doc. 6.) Plaintiff was warned in both the screening order and the OSC that the failure to comply with the Court's order would result in a recommendation to the presiding district judge of the dismissal of this action. (*Id*. at 2. *See also*

Doc. 5 at 13.) Plaintiff did not file any response, and the time to do so has passed.

On September 16, 2025, the assigned magistrate judge recommended that the case be dismissed due to Plaintiff's failure to comply with the Court's orders and failure to prosecute. (Doc. 8.) The Court granted Plaintiff 21 days from the date of service to file any objections. (*Id*. at 2.) In addition, the Court advised Plaintiff "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*., citing *Wilkerson v. Wheele*r, 772 F.3d 834, 834 (9th Cir. 2014).) To date, no objections have been filed, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School District*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.     The findings and recommendations filed September 16, 2025 (Doc. 8) are **ADOPTED IN FULL.**

2.     This action is **DISMISSED**.

3.     The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

UNITED STATES DISTRICT JUDGE

2